IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY LOCKETT,

    Plaintiff,

v.

C.O. GOFF,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-93-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant granting summary judgment in favor C.O. Goff for plaintiff Jeremy Lockett's failure to exhaust his administrative remedies and dismissing this case without prejudice.

/s/                                                                     9/13/2017

Peter Oppeneer, Clerk of Court                      Date